# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN KENNEL, | : C.A. No. 1:19-CV-02222-CFC-CJB |
| | : |
| Plaintiff, | : |
| | : |
| v. | : JOINT STIPULATION OF |
| | : DISMISSAL WITH PREJUDICE |
| DELAWARE DEPARTMENT OF | : |
| NATURAL RESOURCES AND | : |
| ENVIRONMENTAL CONTROL, | : |
| | : |
| Defendant. | |

Plaintiff John Kennel ("Plaintiff") and Defendant Delaware Department of Natural Resources and Environmental Control ("DNREC"), through undersigned counsel, hereby jointly stipulate to dismissal of this case with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and without attorneys' fees, costs and/or expenses being awarded to any party.

The dismissal pertains to all claims in the Complaint that Plaintiff filed in the United States District Court for the District of Delaware Docket No. 1:19-cv-02222 on December 4, 2019. This Joint Stipulation is being made with the consent of all parties to this action who have each authorized their respective undersigned counsel to execute and submit this Joint Stipulation of Dismissal in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| **KATE BUTLER LAW LLC** | **DEPARTMENT OF JUSTICE** |
| Attorney for Plaintiff | Attorneys for Defendant |
| John Kennel | Delaware Department of Natural Resources and |
| 1509 Gilpin Avenue | Environmental Control |
| Suite 3 | 820 N. French Street |
| Wilmington, DE  19806 | Wilmington, DE  19801 |

By:/s/ Kate Butler             By:___/s/ Allison McCowan___
    Kate Butler                  Allison McCowan

Dated:  August 17, 2021       By:___/s/ Devera Scott
                                            Devera Scott

                                            Dated:  August 17, 2021